479 A.2d 1122

Commonwealth v. Martin, Appellant.

Argued June 6, 1984. James L. Martin, appellant, in propria persona; Harold H. Cramer, for Commonwealth, appellees.

Before McEWEN, TAMILIA and HOFFMAN, JJ.

Appeal dismissed.

479 A.2d 1122

Commonwealth v. McNeal, Appellant.

Argued May 3, 1984. Nicholas Casamento, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and McEWEN, JJ.

Appeal quashed.